UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TERRI ARMSTEAD-WILLIAMS,

        Plaintiff,

v.

TRANS UNION LLC, and
JEFFERSON CAPITAL SYSTEMS
LLC,

        Defendants.
_____/

Case No. 8:26-cv-00593

**DEFENDANT TRANS UNION LLC'S NOTICE OF REMOVAL**

COMES NOW, Trans Union LLC ("Trans Union"), one of the Defendants herein, and files this Notice of Removal pursuant to 28 U.S.C. § 1446 and in support thereof would respectfully show the Court as follows:

**A.    PROCEDURAL BACKGROUND**

1. On or about December 8, 2026, Plaintiff Terri Armstead-Williams filed this action in the Thirteenth Judicial Circuit Court in and for Hillsborough County, Florida ("State Court Action") alleging violations of the Fair Credit Reporting Act, 15 U.S.C. §§ 1681, *et seq.*, against Defendants.

2. An extension of time was granted for filing a responsive pleading in the State Court Action, and the time period for filing a responsive pleading has not expired as of the filing of Trans Union's Notice of Removal. No dispositive orders

1

have been entered in the State Court Action as of the filing of this Notice of Removal.

3.  Trans Union was served with Plaintiff's Complaint on February 6, 2026. This Notice of Removal is being filed within the thirty (30) day time period required by 28 U.S.C. § 1446(b).

### B.  GROUNDS FOR REMOVAL

4.  The present suit is an action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331 and may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441(b), as it is a civil action founded on a claim or right arising under the laws of the United States. Removal is thus proper because Plaintiff's claims present a federal question. *Id.* In the Complaint, Plaintiff seeks damages for Trans Union's alleged violations of the Federal Fair Credit Reporting Act, 15 U.S.C. § *et seq.* Moreover, any future claims based on state law may be adjudicated by this Court pursuant to 28 U.S.C. § 1367.

5.  Pursuant to 28 U.S.C. § 1367, this Court also has supplemental jurisdiction over the state law claims asserted by Plaintiff.

### C.  COMPLIANCE WITH PROCEDURAL REQUIREMENTS

6.  Pursuant to 28 U.S.C. § 1446(b), this Notice is being filed with this Court within thirty (30) days after Trans Union received a copy of Plaintiff's initial pleading setting forth the claims for relief upon which Plaintiff's action is based.

7.     Pursuant to 28 U.S.C. § 1441(a), venue of the removal action is proper in this Court because it is in the district and division embracing the place where the State Court Action is pending.

8.     Promptly after the filing of this Notice of Removal, Trans Union shall give written notice of the removal to the Plaintiff and will file a copy of this Notice of Removal with the Clerk of the Thirteenth Judicial Circuit Court in and for Hillsborough County, Florida, as required by 28 U.S.C. § 1446(d).

9.     Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders, served upon Defendant Trans Union LLC are attached hereto as **Exhibit A-1 through Exhibit A-3**.

10.    All Defendants that have been served upon the date of filing this Notice of Removal consent to the removal of this case as indicated in **Exhibit B**.

11.    Trial has not commenced in the Thirteenth Judicial Circuit Court in and for Hillsborough County, Florida.

WHEREFORE, Defendant Trans Union LLC respectfully prays that the action be removed to this Court and that this Court assume full jurisdiction as if it had been originally filed here.

8544736.1

        Respectfully submitted,

        */s/ Alexandra Vargas*
        Alexandra Vargas
        Florida Bar No. 0010961
        Alex.vargas@qslwm.com
        QUILLING, SELANDER, LOWNDS,
        WINSLETT & MOSER, P.C.
        5801 Tennyson Pkwy, Suite 440
        Plano, Texas 75024
        (214) 560-5460
        Fax: (214) 871-2111
        ***Counsel for Trans Union LLC***

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of March 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following all counsel of record:

| | |
|---|---|
| Ivory Hadaway<br>ivory@pzlg.legal<br>Victor Zabaleta<br>victor@pzlg.legal<br>Patti Zabaleta Law Group<br>110 SE 6th Street, 17th Floor<br>Fort Lauderdale, FL 33301<br>(954) 955-8298<br>***Counsel for Plaintiff*** | Rachel M. Fleishman<br>rfleishman@sessions.legal<br>Sessions, Israel & Shartle, L.L.C.<br>3350 Buschwood Park Drive, Suite 130<br>Tampa, Florida 33618<br>Telephone: (813) 775-2170<br>Facsimile: (877) 334-0661<br>***Counsel for Jefferson Capital Systems, LLC*** |

*/s/ Alexandra Vargas*
**ALEXANDRA VARGAS**

8544736.1